UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  v.<br><br>ARIEL RAMIREZ,<br><br>      Defendant. | Case No.  26-cr-00199-EJD-1   (VKD)<br><br>**DETENTION ORDER** |

At the initial appearance in this action, the United States moved for detention, supported by a memorandum filed on June 2, 2026.  Dkt. No. 8.  On June 3, 2026, the date set for the detention hearing, defendant Ariel Ramirez advised that he submits to detention at this time. Accordingly, the Court grants the United States' motion.

Mr. Ramirez is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.  Mr. Ramirez shall be afforded a reasonable opportunity for private consultation with defense counsel.  On order of a court of the United States or on the request of an attorney for the government, the person in charge of the corrections facility shall deliver Mr. Ramirez to the United States Marshal for the purpose of appearances in connection with court proceedings.

**IT IS SO ORDERED.**

Dated: June 3, 2026

*Virginia K. DeMarchi*
Virginia K. DeMarchi
United States Magistrate Judge