CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

NEAL C. HONG (ILBN 6309265)
Assistant United States Attorney

    60 S. Market, Suite 1200
    San Jose, California 95113
    Telephone: (408) 535-5081
    neal.hong@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 26-CR-00199-EJD |
|    Plaintiff, | STIPULATION TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT AND [~~PROPOSED~~] ORDER |
|   v. | |
| ARIEL RAMIREZ, | |
|    Defendant. | |

On June 3, 2026, Defendant waived his right to a detention hearing and the Court set a status conference for August 10, 2026, before the Honorable Edward J. Davila.  The Government has additional discovery to produce to Defendant.  Accordingly, the parties stipulate and agree that excluding time until August 10, 2026, will allow for the effective preparation and continuity of counsel. See 18 U.S.C. § 3161(h)(7)(B)(iv).  The parties further stipulate and agree that the ends of justice served by excluding the time from June 3, 2026, to August 10, 2026, from computation under the Speedy Trial Act outweigh the best interests of the public and Defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

1

IT IS SO STIPULATED                              CRAIG H. MISSAKIAN
                                                 United States Attorney


Dated:  June 5, 2026                             /s/ Neal Hong
                                                 NEAL C. HONG
                                                 Assistant United States Attorney



                                                 /s/ Dejan Gantar
                                                 DEJAN GANTAR
                                                 Counsel for Defendant

**[PROPOSED] ORDER**

Pursuant to the parties' stipulation, and for good cause shown, the Court excludes time under the Speedy Trial Act from June 3, 2026, to August 10, 2026.  The Court finds that failing to exclude the time from June 3, 2026, to August 10, 2026, would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding the time from June 3, 2026, to August 10, 2026, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.  Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from June 3, 2026, to August 10, 2026, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS SO ORDERED.

DATED:   June 29, 2026

_Virginia K. DeMarchi_
HON. VIRGINIA K. DEMARCHI
United States Magistrate Judge

3